E-FILED
Tuesday, 11 January, 2005  03:42:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) COURT NO. |
| v. | ) 01-30121-001 |
| | ) |
| Jason Michael Hebron, | ) |
| | ) |
| Defendant. | ) |

**SATISFACTION OF MONETARY JUDGMENT**

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

DATE: January 11, 2005

s/Elizabeth L. Collins
_____
By:    Elizabeth L. Collins, Bar No. 487864
       Attorney for Plaintiff
       United States Attorneys Office
       318 S. 6th Street
       Springfield, Illinois 62701
       Telephone: 217-492-4450
       Fax: 217-492-4888
       E-mail: Beth. Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Jason Michael Hebron
        2921 Ranier Drive
        Springfield, IL 62704

January 11, 2005

        s/Elizabeth L. Collins

By:    Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorneys Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Telephone: 217-492-4450
        Fax:  217-492-4888
        E-Mail: Beth.Collins@usdoj.gov